# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) Case No. 1:01CR00002 |
| | ) |
| v. | ) |
| | ) **FINAL ORDER** |
| | ) |
| **ERNIE EMBREE**, | ) By: James P. Jones |
| | ) Chief United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the government's Motion to Dismiss is GRANTED and the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is hereby DENIED.

ENTER: August 20, 2009

/s/ JAMES P. JONES
Chief United States District Judge